# In the United States Court of Federal Claims

No. 06-399 T

(E-Filed: July 27, 2006)

STURLA STEFANSSON and HERDIS STEFANSSON,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Suspension of Proceedings and Transfer to Judge Lawrence J. Block (Motion). The Office of the Clerk of the Court has forwarded to chambers a Deficiency Memorandum noting that the parties failed to select "Motion to Transfer" when they filed this Motion. The court will act on the parties' Motion notwithstanding the deficiency.

The parties request that proceedings be suspended and that the case be transferred to Judge Block. Judge Block has indicated his willingness to accept the transfer. See Rule 40.1(b) of the Rules of the Court of Federal Claims. Accordingly, the court GRANTS the parties' motion to transfer. The court DEFERS to Judge Block decision on the parties' motion to suspend.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge